THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MICHAEL S. BRUMFIELD, Respondent.

Submitted April 21, 2014; decided May 1, 2014

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh

Street, Rochester, New York 14614 assigned as counsel to the respondent on the appeal herein.